UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. |
| | : | |
| v. | : | <u>Filed Under Seal</u> |
| | : | |
| VINCENT V. COLLINS, | : | |
|     also known as | : | |
|     "J.V." or "Junky Vincent" | : | |
| | : | |
|     Defendant. | : | |

GOVERNMENT'S MOTION TO SEAL THE
PLEA AGREEMENT AND OTHER PLEADINGS, RECORDS,
PROCEEDINGS AND FILES AND TO DELAY ENTRY ON THE
PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL

The United States, by its counsel, the United States Attorney for the District of Columbia, respectfully moves to seal the accompanying plea agreement, pleadings, and all proceedings in this case, including the instant motion to seal. The grounds for this motion are as follows:

1. The defendant in this case has agreed to enter a plea of guilty and to postpone his sentencing pending the completion of his cooperation with the government in an ongoing investigation.

2. The requested sealing is necessary because the plea agreement and related pleadings contain sensitive information, the disclosure of which would not be in the interest of either the defendant or the government.

3. As part of his plea agreement the defendant has promised to cooperate with the government in an ongoing investigation into various violent crimes committed by individuals also involved in narcotics trafficking. That being so, it is essential that information concerning his pledge to cooperate, as well as the fact of his guilty plea, be kept sealed for the time being.

4.      The government respectfully submits that public disclosure of the defendant's cooperation would likely compromise the ongoing criminal investigation by (a) placing the personal safety of the cooperating defendant, undercover agents, other law enforcement officials and innocent third parties at substantial risk; (b) alerting potential targets of the investigation, thereby causing the cooperating defendant to be reluctant to continue his cooperation; (c) causing prospective witnesses, including the cooperating defendant, to be deterred from testifying or to be less likely to provide truthful testimony to the grand jury; and (d) causing potential witnesses and targets to destroy documents and other evidence.  Each of these factors is particularly important in this instance because of the violent activity often common to narcotics violators in general and some of the defendant's former associates in particular.

5.      It is common practice for individuals associated with drug enterprises to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates.  Members of drug organizations operating in this city commonly know that the docketing of a motion to seal a plea agreement or the filing of sealed pleadings in a narcotics conspiracy case signals the fact that the charged defendant has agreed to cooperate with law enforcement. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise the ongoing criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals, undercover agents, other law enforcement officials taking part in the covert investigation, and, in some cases, innocent bystanders.

6.      For the foregoing reasons the government respectfully submits that this case presents an extraordinary situation and a compelling governmental interest which justify not only the sealing

of the plea agreement and all other pleadings, records, proceedings, and files in the case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until (a) the substantial risk to the personal safety of cooperating individuals has dissipated, and (b) the government is able to represent that its ongoing criminal investigation will no longer be jeopardized due to the public docketing of the fact that sealed pleadings in the case have been filed.

7. Defense counsel, Cynthia Katkish, Esq., has been advised of the contents of this motion and has informed the undersigned prosecutor of his support for this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By: _____
        MICHAEL D. BRITTIN
        RACHEL CARLSON LIEBER
        Assistant United States Attorneys
        (202) 307-0106 (MDB)
        (202) 353-8055 (RCL)

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was hand-delivered to counsel for the defendant, Cynthia Katkish, Esq., 601 Pennsylvania Avenue, N.W., Suite 990S, Washington, D.C. 20004, on this _____ day of July, 2005.

_____
Michael D. Brittin
Assistant United States Attorney