UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| | : | <u>FILED UNDER SEAL</u> |
| v. | : | |
| | : | Violations: |
| | : | |
| VINCENT V. COLLINS, | : | 18 U.S.C. § 1959(a)(5) |
|    also known as | : | (Conspiracy to Commit Violent Crimes in Aid |
|    "J.V." or "Junky Vincent," | : | of Racketeering Activity) |
|             Defendant. | | 22 D.C. Code § 3215(d)(1) |
| | | (Unauthorized Use Of a Vehicle) |

I N F O R M A T I O N

The United States informs the Court that:

COUNT ONE
(Conspiracy to Commit Violent Crimes In Aid Of Racketeering Activity)

The Taft Enterprise

     A.    At all times relevant to this Information, VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and others known and unknown to the government, were members and associates of the Taft Terrace Crew, known also as "18th and Monroe," "Taft," "Taft Terrace," "TNT," or, more simply, as "TTC" (an acronym for Taft Terrace Crew).

     B.    The Taft Terrace Crew constituted a criminal organization whose members and associates were bound together by their common purpose: drug trafficking. The main drug sold by the enterprise was cocaine base, also known as crack cocaine, but some members also sold marijuana, also known as "weed," and, to a lesser extent, phencyclidine, also known as PCP, "water" or "boat." The territory of the Taft Terrace Crew was centered in the Taft Terrace neighborhood in upper northeast, Washington, D.C. Its territory there included Otis and Newton

Streets between 18th, 20th, and 22nd Streets, N.E. The territory of the Taft Terrace Crew also extended north into Mt. Rainier, Maryland, where it included the Kaywood Gardens apartment complex and several nearby business establishments.

    C.    The criminal organization known as the Taft Terrace Crew, and by various other nicknames, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

    D.    Members and associates of the Taft enterprise used violence, which at times included murder and attempted murder, to promote, protect, and expand the enterprise's drug trafficking operation, to discipline enterprise members and associates who violated the enterprise norms and code of conduct, to punish those members and associates who had fallen out of favor or who had been disloyal, to retaliate against rival gangs or those who interfered with the drug trafficking activities of the enterprise, and to promote and enhance the prestige, reputation, and position of the Taft enterprise.

    E.    The Taft enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder, in violation of 22 District of Columbia Code, Section 2101, and Maryland Code Annotated, Section 2-201; attempted murder, in violation of 22 District of Columbia Code, Sections 1803 and 2101, and Maryland Code Annotated, Section 2-205; arson, in violation of Maryland Code Annotated, Section 6-104; narcotics trafficking, in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(A)(ii), (iii), (iv), and 846; robbery, in violation of Maryland Code Annotated, Sections 3-402 and 3-403, and interstate transportation of stolen motor vehicles, in violation of 18 United States Code, Section 2312.

F.     Between December 28, 2003, and January 8, 2004, within the District of Columbia and elsewhere, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the Taft enterprise, and for the purpose of gaining entrance to and maintaining and increasing their positions in the Taft enterprise, an enterprise engaged in racketeering activity, VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and others known and unknown to the government, unlawfully, and knowingly conspired to assault and kill persons they believed to be responsible for an attempted robbery and shooting which occurred in the 1800 block of Otis Street, N.E., core ground for members of the Taft enterprise, on the evening of December 28, 2003 (hereinafter, "the Otis Street shooting").

G.     For the members of the conspiracy, including VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and others known and unknown to the government, their principal goals were: (1) to retaliate against those they believed were responsible for the Otis Street shooting; (2) to safeguard and protect the territory and base of operations of the Taft enterprise in the Taft Terrace neighborhood; (3) to promote and enhance the reputation and stature of the Taft enterprise and its members; and (4) to protect the conspiracy and its members from detection, investigation, and apprehension by law enforcement and from conviction of criminal charges.

H. In furtherance of the conspiracy and in order to effect the objects thereof, the conspirators, including VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and persons known and unknown to the government, alone and in various combinations, in the District of Columbia, the State of Maryland, and elsewhere, directly and indirectly committed or attempted to commit several acts of violence. The conspiracy culminated when, in the early evening hours of January 7, 2004, and in the early morning hours of January 8, 2004, members of the conspiracy shot and killed Damian May, also known as "Wink," and Clabe Walker, also known as "Weasel."

> (Conspiracy to Commit Violent Crimes in Aid of Racketeering Activity, all in violation of Title 18, United States Code, Section 1959(a)(5)).

COUNT TWO

Between on or about December 30, 2003, and on or about January 5, 2004, within the District of Columbia, VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and persons known and unknown to the government, feloniously did use and operate one certain motor vehicle, that is, a Chevrolet Caprice station wagon marked as a taxi cab, property of Suleiman Memudu, and did operate and drive that motor vehicle for their own purpose, without the consent of Suleiman Memudu, the owner of that motor vehicle.

(Unauthorized Use Of a Vehicle, in violation of 22 District of Columbia Code, Sections 3215(b) and 3215(d)(1))

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)