**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-274 |
| v. | Filed Under Seal |
| VINCENT V. COLLINS,<br>    also known as<br>    ""J.V." or "Junky Vincent"  | **FILED**<br>JUL 2 9 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Defendant. | |

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1.  For many years, and at all times relevant to this guilty plea, VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and others known and unknown to the government, were members and associates of the Taft Terrace Crew, known also as "18th and Monroe," "Taft," "Taft Terrace," "TNT," or, more simply, as "TTC" (an acronym for Taft Terrace Crew).

2.  The Taft Terrace Crew constituted a criminal organization whose members and associates were engaged primarily in drug trafficking. The main drug sold by the enterprise was cocaine base, also known as crack cocaine, but some members also sold marijuana, also known as "weed," and, to a lesser extent, phencyclidine, also known as PCP, "water" or "boat." The territory of the Taft Terrace Crew was centered in the Taft Terrace neighborhood in upper northeast, Washington, D.C. Its territory there included Otis and Newton Streets between 18th, 20th, and 22nd Streets, N.E. The territory of the Taft Terrace Crew also extended north into Mt. Rainier, Maryland, where it included the Kaywood Gardens apartment complex and several nearby business establishments.

3. The members and associates of the Taft Terrace Crew were bound together by their common purpose: to make money through the retail sale of quantities of cocaine base, marijuana, and phencyclidine. Members and associates of the Taft Terrace Crew engaged in the sale of these illicit substances throughout the geographical area that comprised its territory – the Taft Terrace neighborhood in upper northeast, Washington, D.C., and the aforementioned parts of Mt. Rainier, Maryland. Drug trafficking by members and associates of the Taft Terrace Crew was especially prevalent in the 2000 block of Newton Street, N.E., the 1800 block of Otis Street, N.E., and on the grounds of the BP Station at 4501 Eastern Avenue in Mt. Rainier, Maryland.

4. The criminal organization known as the Taft Terrace Crew, and by various other nicknames, constituted an enterprise, that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

5. Members and associates of the Taft criminal enterprise used violence, which at times included murder and attempted murder, to promote, protect, and expand the enterprise's drug trafficking operation, to discipline enterprise members and associates who violated the enterprise norms and code of conduct, to punish those members and associates who had fallen out of favor or who had been disloyal, to retaliate against rival gangs or those who interfered with the drug trafficking activities of the enterprise, and to promote and enhance the prestige, reputation, and position of the Taft criminal enterprise.

6. Between December 28, 2003, and January 8, 2004, within the District of Columbia and elsewhere, for the purpose of gaining entrance to and maintaining and increasing their positions

in the Taft enterprise, an enterprise engaged in racketeering activity, VINCENT V. COLLINS, also known as "J.V." or "Junky Vincent," and others known and unknown to the government, unlawfully, and knowingly conspired to assault and kill persons they believed were responsible for an attempted robbery and shooting which occurred in the Taft neighborhood on the evening of December 28, 2003.

7. On December 28, 2003, at about 6:10 p.m., Damian May, also known as "Wink," and two other individuals whose identities are known to the government, while armed with pistols, attempted to rob a Taft associate named Corey Wade, also known as "Pinky" or "Reds." In the course of this attempted robbery, which occurred in the 1800 block of Otis Street, N.E., core ground for members of the Taft enterprise, Wade was shot. In the same incident, one member of the conspiracy, Sean A. Wolfe, also known as "J.J." or "Six," and a second member of the conspiracy, Andre L. Moore, also known as "Fat Dome," were nearly shot. A third member of the conspiracy, Andre J. Gore, also known as "Man-Man" or "Lemonhead," witnessed the incident (hereinafter, "the Otis Street shooting"). After the Otis Street shooting, the three persons responsible for it – Damian May, also known as "Wink," and two other individuals whose identities are known to the government – fled from the scene as they had arrived: in May's black Lexus ES 300.

8. Following the Otis Street shooting, several members of the Taft Terrace Crew, including Darryl M. Woodfork, also known as "D," Anthony J. Nelson, also known as "Tiki," Sean A. Wolfe, also known as "J.J." or "Six," Andre J. Gore, also known as "Man-Man" or "Lemonhead," Duane O. Sanders, also known as "Squeaky," and Andre L. Moore, also known as "Fat Dome," met and agreed to retaliate against those they believed were responsible for the Otis Street shooting. In short order they concluded – correctly – that Damian May, also known as "Wink," was the owner

of the black Lexus ES 300 involved in the Otis Street shooting and was one of those responsible for that shooting. They also concluded – incorrectly – that Clabe Walker, also known as "Weasel," was one of those responsible for the Otis Street shooting. The conspirators agreed to look for May and Walker and to kill them when a suitable opportunity presented itself.

9.  On December 28, 2003, at about 8:06 p.m., in a red van stolen by Duane O. Sanders, also known as "Squeaky," Darryl M. Woodfork, also known as "D," Anthony J. Nelson, also known as "Tiki," Sean A. Wolfe, also known as "J.J." or "Six," and Andre J. Gore, also known as "Man-Man" or "Lemonhead," went to the Kaywood Gardens apartment complex in Mount Rainier, Maryland. Across from the apartment building at 4202 Russell Avenue, they spotted May's black Lexus. Armed with firearms, Woodfork, Nelson, Wolfe, and Gore parked nearby and waited until they saw May and May's friend Tyrone J. Garrett, also known as "Ty, walk out of the apartment building and towards May's black Lexus. When that happened, in an effort to kill them, Woodfork, using a .223 rifle, and Wolfe, using a .40 caliber semi-automatic pistol, began to fire at May and Garrett. Woodfork and Wolfe missed May and Garrett, but several cars nearby were struck (hereinafter, "the Kaywood Gardens shooting").

10. COLLINS joined the conspiracy to retaliate against those believed to be responsible for the Otis Street shooting soon after that conspiracy was formed. Although he was not present when the Otis Street shooting took place, he was just a few blocks away in the vicinity of his home at 3303 22nd Street, N.E., and from that vantage point he heard the gun shots. Moreover, later that same night COLLINS spoke with Andre L. Moore, also known as "Fat Dome," who told him about the Otis Street shooting. Moore also told COLLINS that the owner of the black Lexus, Damian May,

also known as "Wink," and Clabe Walker, also known as "Weasel," were thought to be the persons responsible for the Otis Street shooting.

11. The next day COLLINS was present in the Taft neighborhood when Wolfe, Gore, Nelson, Moore and other members and associates of the Taft Terrace Crew discussed the Otis Street shooting and the initial effort to retaliate which was the Kaywood Gardens shooting. He heard vows of violent revenge against Damian May, also known as "Wink," and Clabe Walker, also known as "Weasel." COLLINS joined the conspiracy at that time, agreeing to help other members of the Taft Terrace Crew, including Woodfork, Nelson, Wolfe, Gore, Sanders, and Moore in their effort to find and kill May and Walker.

12. In furtherance of the conspiracy its members, in various combinations, directly and indirectly, committed or attempted to commit several acts of violence. COLLINS participated in two such acts. A day or so after the Otis Street shooting COLLINS was with Andre L. Moore ("Fat Dome") in Moore's bullet-damaged blue Mercury Marquis. They were on Otis Street, between 10th and 12th Streets, N.E., in the vicinity of the Brookland Metro Station at 801 Michigan Avenue, N.E. It was in the afternoon. Moore and COLLINS spotted someone standing on the steps of the Guildfield Baptist Church at 1023 Otis Street, N.E. They thought that it might be Damian May, also known as "Wink." They also spotted a black Lexus with paper tags parked nearby. Moore and COLLINS drove around the block in order to get another look at the individual and the car. Moore was convinced that the person they had spotted was in fact May. In keeping with the goals of the conspiracy, Moore decided to try to get a gun to shoot at May. COLLINS agreed to play a part in this venture.

13. Moore and COLLINS went to see a woman that both knew who lived off of North Capital Street in the Fort Totten area of the District of Columbia. Moore knew that she possessed or had access to a pistol. Moore asked the woman for the pistol so that he and COLLINS could return to the area where he had spotted the person they believed was May and shoot at him. Despite Moore's persistent requests, the woman never provided the pistol and thus Moore and COLLINS left without it. Moore and COLLINS returned to the area of the Guildfield Baptist Church and the Brookland Metro Station but did not see May or the black Lexus. Later that same day, Moore notified Woodfork that he and COLLINS had spotted May near the Brookland Metro Station.

14. A few days later, in the afternoon, COLLINS again was with Andre L. Moore ("Fat Dome") in Moore's bullet-damaged blue Mercury Marquis. They were on 18th Street, heading south towards the Taft Terrace neighborhood when a black Lexus with paper tags passed them in the opposite direction, headed north. Moore and COLLINS thought that the black Lexus that passed them was the same Lexus that had been used in the Otis Street shooting. Accordingly, in an effort to follow the Lexus, Moore and COLLINS did a "U" turn and drove north on 18th Street, ultimately making their way to the area of the Kaywood Gardens apartment complex in Mount Rainier, Maryland. They did not then and there spot the Lexus, but Moore notified Darryl Woodfork, also known as "D," that he and COLLINS had seen it just minutes earlier.

15. Moore and COLLINS met Woodfork and Anthony J. Nelson ("Tiki") at the BP Station at 4501 Eastern Avenue in Mount Rainier, Maryland. Woodfork and Nelson joined Moore and COLLINS in Moore's bullet-damaged blue Mercury Marquis. They drove up Russell Avenue into the Kaywood Gardens apartment complex and saw a lone individual walking towards the apartment building at 4202 Russell Avenue, outside of which the Kaywood Gardens shooting had

taken place on the night of December 28, 2003. They also saw a black Lexus parked nearby. Woodfork, Nelson, Moore, and COLLINS decided to arm themselves in anticipation of an opportunity to shoot and kill Damian May, also known as "Wink."

16. Woodfork instructed Moore to drop him off at his blue Ford Bronco, which was parked near the BP Station. Moore did so. Woodfork, in his blue Ford Bronco, and Moore, COLLINS, and Nelson, in Moore's blue Mercury Marquis, then drove into the Taft neighborhood. Woodfork parked in the 2000 block of Newton Street, N.E. He obtained a pistol and joined Moore, COLLINS, and Nelson in Moore's blue Mercury Marquis. They then drove to Nelson's house at 3611 20th Street, N.E., where Nelson got out to go get his own gun, a .45 caliber revolver that Nelson referred to as "Betsy."

17. After dropping off Nelson, Moore, COLLINS, and Woodfork drove to 25th Place, N.E. Parked there was a red and silver Chevrolet Caprice station wagon that was marked as a taxi cab and that belonged to Suleiman Memudu. Moore and Woodfork had been present with other conspirators, including Duane Sanders ("Squeaky"), when the Memudu cab had been stolen a few nights earlier in the 6700 block of New Hampshire Avenue in Takoma Park, Maryland. The Memudu cab was stolen specifically so that it could be used by conspirators to look for, and if the opportunity presented itself, to shoot and kill May or Walker. Moore, COLLINS, and Woodfork decided to use the stolen cab because of the concern that Moore's bullet-damaged blue Mercury Marquis would be recognized by May when they returned for the expected shooting to the Kaywood Gardens apartment complex.

18. With a screwdriver from Moore's car, Woodfork got in the Memudu cab and started it. Knowing that the cab was stolen and that he did not have the permission of the owner to use it,

COLLINS then took over as the driver of the cab. Moore got in the front passenger seat and Woodfork got in the back seat. COLLINS, Moore, and Woodfork drove back to Nelson's house at 3611 20th Street, N.E., in order to pick up Nelson. COLLINS and Moore parked the cab in front of the house and waited for about ten minutes, but Nelson did not emerge. Moore called Nelson, but still he did not come out. Eventually Andre J. Gore, also known as "Man-Man" or "Lemonhead," who also lived in the house at 3611 20th Street, N.E., came out and approached. He was angry that COLLINS, Moore, and Woodfork had the "hot" cab in front of the house, and he told them to move it. COLLINS and Moore then returned the cab to 25th Place, N.E. Woodfork and Nelson never rejoined them that evening and the plan to strike at Damian May, also known as "Wink," never went further forward that night.

19.    Days later the objectives of the conspiracy of which COLLINS was a part were realized. On January 7, 2004, at about 5:56 p.m., Darryl M. Woodfork, also known as "D," and Anthony J. Nelson, also known as "Tiki," in a stolen van being driven by Duane O. Sanders, also known as "Squeaky," shot and killed Damian May, also known as "Wink," as he sat alone in his black Lexus ES 300 near the intersection of 18th and Monroe Streets, N.E. Some six hours later, at about 12:02 a.m. on January 8, 2004, Darryl M. Woodfork, also known as "D," in another stolen van being driven by Duane O. Sanders, also known as "Squeaky," using a .223 caliber rifle – the same rifle he had used in the Kaywood Gardens shooting – shot and killed Clabe Walker, also known as "Weasel," who was alone and driving his black Buick Roadmaster near the intersection of Rhode Island Avenue and Monroe Street, N.E.

### Limited Nature of Proffer

20. This proffer of evidence is not intended to constitute a complete statement of all facts known by VINCENT V. COLLINS, but is instead a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The facts either were provided by COLLINS or were otherwise known to the government. COLLINS has provided substantial additional information about the indicted offenses and about other offenses to the United States which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for COLLINS's plea of guilty.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
MICHAEL D. BRITTIN
RACHEL CARLSON LIEBER
Assistant United States Attorneys
(202) 307-0106 (MDB)
(202) 353-8055 (RCL)

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts in support of my guilty plea. I have discussed this proffer fully with my attorney, Cynthia Katkish, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7/29/05

VINCENT V. COLLINS

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 7/29/05

CYNTHIA KATKISH, Esq.
Counsel for VINCENT V. COLLINS