UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-274 |
| v. | : | Filed Under Seal |
| VINCENT V. COLLINS,<br>also known as<br>"J.V." or "Junky Vincent" | : | |
| Defendant. | : | |

**FILED**
AUG 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the government's motion to seal the plea agreement and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of the motion to seal, this Court makes the following:

#### Findings of Fact

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in an ongoing criminal/grand jury narcotics conspiracy and violent crime investigation.

The general public is not aware that the defendant has agreed to cooperate with the United States in this ongoing investigation.

The defendant's cooperation includes the possibility of covert activities which, due to the nature of the investigation, pose a substantial risk to the personal safety of the defendant, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the government has filed a motion to seal the plea agreement and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion, will

likely substantially jeopardize the ongoing criminal investigation and place the personal safety of parties involved in the covert investigation, as well as innocent bystanders, at substantial risk.

### Conclusions of Law

Based on the representations in the government's motion, and this Court's findings of facts, this Court concludes that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that extraordinary circumstances exist which justify a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

### Orders

Based on the above, it is this 16th day of August, 2005, hereby

ORDERED that this Order, and the attached government motion to seal the plea agreement and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the plea agreement, all proceedings, all pleadings, and all records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, and the Court Reporter shall be permitted to prepare such a transcript and provide it to the government.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the plea agreement, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case, until further order of this Court.

_____
James Robertson
United States District Judge

cc : Michael D. Brittin, Esq.
Rachel Carlson Lieber, Esq.
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Cynthia Katkish, Esq.
601 Pennsylvania Avenue, N.W., Suite 990S
Washington, D.C. 20004