UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                    1:05-CR-00274 (JR)

VINCENT V. COLLINS

**UNDER SEAL**

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Defendant Vincent Collins, by his attorney, Cynthia Katkish requests that the Court continue the sentencing date to a day at the end of June. Mr. Collins has not completed his cooperation with the government. The assistant assigned to this case, Michael Brittin does not oppose this motion.

Wherefore Defendant requests that this Court continue the sentencing date. Defense counsel has notified the presentence report writer, Ms. Deborah Panzer in this regard.

Respectfully submitted,

_____
Cynthia Katkish
Bar ID No. 418876
601 Pennsylvania Ave NW
Suite 900-S pmb 221
Washington, D.C. 20004
202-997-1386
fax 202-639-8132
ckatkish1@comcast.net