UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                                      1:05-CR-00274 (JR)

VINCENT V. COLLINS

**UNDER SEAL**

ORDER

This matter comes before the Court on the Defendant's unopposed motion to continue sentencing date. Based on the motion and the record herein,

IT IS THIS _____ day of _____ 2006

ORDERED that the Motion is Granted, and that the new sentencing date is rescheduled for June _____ 2006.

IT IS SO ORDERED.

_____
The Honorable Judge James Robertson