**FILED**

APR 1 1 2006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                    1:05-CR-00274 (JR)

VINCENT V. COLLINS

**UNDER SEAL**

ORDER

   This matter comes before the Court on the Defendant's unopposed motion to continue

sentencing date.  Based on the motion and the record herein,

   IT IS THIS ___7th___ day of ___April___ 2006

ORDERED that the Motion is Granted, and that the new sentencing date is rescheduled

for June ___30___ 2006. _at 9:00 a.m._

   IT IS SO ORDERED.

_____
                              James Robertson
                      United States District Judge