UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA    :    Docket No. CR-05-274-01 (JR)

                                         :

                                         :    <u>Filed under Seal</u>

                v.                      :

                                         :

                                         :

VINCENT V. COLLINS                   :

GOVERNMENT'S MOTION AND MEMORANDUM
IN SUPPORT OF MOTION FOR SENTENCING DEPARTURE

The United States of America, by its counsel, the United States Attorney for the District of Columbia, pursuant to 18 U.S.C. § 3553(e) and Section 5K1.1 of the United States Sentencing Guidelines, respectfully submits this motion and memorandum in support of its request for a sentencing departure for defendant Vincent V. Collins, who has provided substantial assistance to law enforcement authorities in the investigation and prosecution of others.

I. <u>Introduction</u>

On July 29, 2005, Collins entered a plea of guilty to a two count criminal information charging him with conspiracy to commit violent crimes in aid of racketeering (VICAR conspiracy), in violation of 18 U.S.C. § 1959(a)(5), and  unauthorized use of motor vehicle, in violation of 22 D.C. Code § 3215(b).  Absent a sentencing departure under the Guidelines, according to the calculations set forth in the Presentence Investigation Report, Collins faces a ten year prison term. Collins, however, negotiated a plea agreement that provided him with the opportunity to work towards a sentencing departure by rendering substantial assistance in the investigation and prosecution of others.  In the government's view, for the reasons specified in this memorandum, Collins has provided such assistance and, accordingly, has earned a sentencing departure.

## II.  Procedural Background

Vincent V. Collins, also known as "J.V." or "Junky Vincent," was one of six defendants charged in an eighteen-count indictment returned under seal on May 10, 2005.  Collins was named in Counts One, Two, and Three of the indictment.  Count One charged that between December 28, 2003, and January 8, 2004, Collins participated in a VICAR conspiracy that, in separate shootings, ultimately claimed the lives of Damian May ("Wink") and Clabe Walker ("Weasel").  Counts Two and Three charged Collins with interstate transportation of a stolen motor vehicle, and unlawful use of that vehicle, respectively, between December 30 and December 31, 2003.  Collins was arrested on a bench warrant issued pursuant to the indictment on May 12, 2005, and was ordered held without bond.  On [insert date], a two-count information was filed which reprised Counts One and Three of the indictment returned on May 10, 2005.  On July 29, 2005, Collins entered a guilty plea to that criminal information.  He has remained held without bond ever since.

## III.  Factual Background

For many years Vincent Collins was a member of the Taft Terrace Crew, known also as "18th and Monroe," "Taft," "Taft Terrace," "TNT," or, more simply, as "TTC" (an acronym for Taft Terrace Crew).  The Taft Terrace Crew constituted a criminal racketeering enterprise whose members and associates were engaged primarily in drug trafficking.  The main drug sold by the enterprise was crack cocaine, but some members also sold marijuana and, to a lesser extent, phencyclidine.  The territory of the Taft Terrace Crew was centered in the Taft Terrace neighborhood in upper Northeast, Washington, D.C.  Its territory there included Otis and Newton Streets between 18th, 20th, and 22nd Streets, N.E.   The territory of the Taft Terrace Crew also extended north into Mount Rainier, Maryland.

-2-

The members and associates of the Taft Terrace Crew were bound together by their common purpose: to make money through the retail sale of crack cocaine, marijuana, and phencyclidine. Members and associates of the Taft Terrace Crew engaged in the sale of these illicit substances throughout the geographical area that comprised its territory – the Taft Terrace neighborhood in upper Northeast, Washington, D.C., and the aforementioned parts of Mt. Rainier, Maryland. Drug trafficking by members and associates of the Taft Terrace Crew was especially prevalent in the 2000 block of Newton Street, N.E., the 1800 block of Otis Street, N.E., and on the grounds of the BP Station at 4501 Eastern Avenue in Mount Rainier, Maryland.

Between December 28, 2003, and January 8, 2004, Collins conspired with other members of the Taft Terrace Crew to assault and kill persons they believed were responsible for an attempted robbery and shooting which occurred in the Taft neighborhood on December 28, 2003. That evening, at about 6:10 p.m., Damian May, also known as "Wink," Tyrone Garrett, and Johnathan Moore attempted to rob a Taft associate named Corey Wade, also known as "Pinky" or "Reds." In the course of this attempted robbery, which occurred in the 1800 block of Otis Street, N.E., core ground for members of the Taft enterprise, Wade was shot. In the same incident, one member of the conspiracy, Sean A. Wolfe, also known as "J.J." or "Six," and a second member of the conspiracy, Andre L. Moore, also known as "Fat Dome," were nearly shot (hereinafter, "the Otis Street shooting"). After the Otis Street shooting, the three persons responsible for it, May, Garrett, and Moore, fled from the scene as they had arrived: in May's black Lexus ES 300.

Following the Otis Street shooting, several members of the Taft Terrace Crew met and agreed to retaliate against those they believed were responsible for the Otis Street shooting. In short order they concluded – correctly – that Damian May was the owner of the black Lexus ES 300 involved

in the Otis Street shooting and was one of those responsible for that shooting.  They also concluded – incorrectly – that Clabe Walker, also known as "Weasel," was one of those responsible for the Otis Street shooting.   The conspirators agreed to look for May and Walker and to kill them when a suitable opportunity presented itself.

Collins joined the conspiracy to retaliate against those believed to be responsible for the Otis Street shooting soon after that conspiracy was formed.  Although he was not present when the Otis Street shooting took place, he was just a few blocks away in the vicinity of his home at xxxxxxx, and from that vantage point he heard the gun shots.  Moreover, later that same night Collins spoke with Andre Moore, who told him about the Otis Street shooting.  Moore also told Collins that the owner of the black Lexus, Damian May, also known as "Wink," and Clabe Walker, also known as "Weasel," were thought to be the persons responsible for the Otis Street shooting.

The next day Collins was present in the Taft neighborhood when various members and associates of the Taft Terrace Crew discussed the Otis Street shooting and the initial effort to retaliate soon thereafter at the Kaywood Gardens apartment complex in Mount Rainier, Maryland. He heard vows of violent revenge against Damian May and Clabe Walker.  Collins joined the conspiracy at that time, agreeing to help other members of the Taft Terrace Crew, including Darryl Woodfork, Anthony Nelson, Sean Wolfe, Andre Gore, Duane Sanders, and Andre Moore, in their effort to find and kill May and Walker.

Collins attempted to commit acts of violence in furtherance of the conspiracy on two occasions.  A day or so after the Otis Street shooting Collins was with Andre Moore in Moore's bullet-damaged blue Mercury Marquis.  They were on Otis Street, between 10th and 12th Streets, N.E., in the vicinity of the Brookland Metro Station at 801 Michigan Avenue, N.E.  It was in the

afternoon.  Moore and Collins spotted someone standing on the steps of the Guildfield Baptist Church at 1023 Otis Street, N.E.  They thought that it might be Damian May.  They also spotted a black Lexus with paper tags parked nearby.  Moore and Collins drove around the block in order to get another look at the individual and the car.  Moore was convinced that the person they had spotted was in fact May.  In keeping with the goals of the conspiracy, Moore decided to try to get a gun to shoot at May.  Collins agreed to play a part in this venture.

Moore and Collins went to see a woman that both knew who lived off of North Capital Street in the Fort Totten area of the District of Columbia.   Moore knew that she possessed or had access to a pistol.  Moore asked the woman for the pistol so that he and Collins could return to the area where he had spotted the person they believed was May and shoot at him.  Despite Moore's persistent requests, the woman never provided the pistol and thus Moore and Collins left without it. Moore and Collins returned to the area of the Guildfield Baptist Church and the Brookland Metro Station but did not see May or the black Lexus.  Later that same day, Moore notified Woodfork that he and Collins had spotted May near the Brookland Metro Station.

A few days later, in the afternoon, Collins again was with Andre Moore in Moore's bullet-damaged blue Mercury Marquis.  They were on 18th Street, heading south towards the Taft Terrace neighborhood when a black Lexus with paper tags passed them in the opposite direction, headed north.  Moore and Collins thought that the black Lexus that passed them was the same Lexus that had been used in the Otis Street shooting.  Accordingly, in an effort to follow the Lexus, Moore and Collins did a "U" turn and drove north on 18th Street, ultimately making their way to the area of the Kaywood Gardens apartment complex in Mount Rainier, Maryland.   They did not then and there spot the Lexus, but Moore notified Darryl Woodfork that he and Collins had seen it just minutes

earlier.

Moore and Collins met Woodfork and Anthony Nelson at the BP Station at 4501 Eastern Avenue in Mount Rainier, Maryland. Woodfork and Nelson joined Moore and Collins in Moore's bullet-damaged blue Mercury Marquis. They drove up Russell Avenue into the Kaywood Gardens apartment complex and saw a lone individual walking towards the apartment building at 4202 Russell Avenue, outside of which the Kaywood Gardens shooting had taken place on the night of December 28, 2003. They also saw a black Lexus parked nearby. Woodfork, Nelson, Moore, and Collins decided to arm themselves in anticipation of an opportunity to shoot and kill Damian May, also known as "Wink."

Woodfork instructed Moore to drop him off at his blue Ford Bronco, which was parked near the BP Station. Moore did so. Woodfork, in his blue Ford Bronco, and Moore, Collins, and Nelson, in Moore's blue Mercury Marquis, then drove into the Taft Terrace neighborhood. Woodfork parked in the 2000 block of Newton Street, N.E. He obtained a pistol and joined Moore, Collins, and Nelson in Moore's blue Mercury Marquis. They then drove to Nelson's house at 3611 20th Street, N.E., where Nelson got out to go get his own gun, a .45 caliber revolver that Nelson referred to as "Betsy."

After dropping off Nelson, Moore, Collins, and Woodfork drove to 25th Place, N.E. Parked there was a red and silver Chevrolet Caprice station wagon that was marked as a taxi cab and that belonged to Suleiman Memudu. Moore and Woodfork had been present with other conspirators, including Duane Sanders, when the Memudu cab had been stolen a few nights earlier in the 6700 block of New Hampshire Avenue in Takoma Park, Maryland. The Memudu cab was stolen specifically so that it could be used by conspirators to look for, and if the opportunity presented

itself, to shoot and kill May or Walker.    Moore, Collins, and Woodfork decided to use the stolen

cab because of the concern that Moore's bullet-damaged blue Mercury Marquis would be recognized

by May when they returned for the expected shooting to the Kaywood Gardens apartment complex.

        With a screwdriver from Moore's car,  Woodfork got in the Memudu cab and started it.

Collins then took over as the driver of the cab.  Moore got in the front passenger seat and Woodfork

got in the back seat.  Collins, Moore, and Woodfork drove back to Nelson's house at xxxxxxxx, in

order to pick up Nelson.  Collins and Moore parked the cab in front of the house and waited for

about ten minutes, but Nelson did not emerge.  Moore called Nelson, but still he did not come out.

Eventually Andre Gore, who also lived in the house at xxxxxxxx, came out and approached.  He was

angry that Collins, Moore, and Woodfork had the "hot" cab in front of the house, and he told them

to move it.  Collins and Moore then returned the cab to 25th Place, N.E.  Woodfork and Nelson never

rejoined them that evening and the plan to strike at Damian May never went further forward that

night.

        Days later the objectives of the conspiracy of which Collins was a part were realized.  On

January 7, 2004, at about 5:56 p.m., conspirators Darryl Woodfork and Anthony Nelson, in a stolen

van being driven by conspirator Duane Sanders, shot and killed Damian May, as he sat alone in his

black Lexus ES 300 near the intersection of 18th and Monroe Streets, N.E.  Some six hours later, at

about 12:02 a.m. on January 8, 2004, Darryl Woodfork, in another stolen van being driven by Duane

Sanders, using a .223 caliber rifle – the same rifle he had used in the Kaywood Gardens shooting –

shot and killed Clabe Walker who was alone and driving his black Buick Roadmaster near the

intersection of Rhode Island Avenue and Monroe Street, N.E.

IV. <u>Substantial Assistance</u>

From the day that he was arrested, May 12, 2005, Vincent Collins indicated a willingness to accept responsibility for his role in this case, giving a statement to the police that essentially amounted to a confession to his membership in the Taft Terrace Crew. Similarly, Collins was the first among the six indicted VICAR conspiracy defendants to debrief with the government and to sign a plea agreement, and he was the second to enter a guilty plea. Indeed, his first debriefing took place on June 2, 2005, less than three weeks after his arrest, and was followed by another lengthy debriefing session on June 17, 2005. In the view of all of the prosecutors, agents, and officers involved in the debriefings, Collins was forthright and truthful throughout. He never sought to minimize his own conduct or that of anyone else. Further, while an admitted member of the Taft Terrace criminal enterprise, Collins played by far the smallest role in the charged VICAR conspiracy. His involvement essentially amounted to two occasions when he rode in a car with other conspirators who attempted without success to locate and kill Damian May.

Collins's early guilty plea helped strengthen the foundation for the VICAR conspiracy prosecution and, at the same time, to develop momentum among his co-defendants towards guilty pleas. Collins's guilty plea on July 29, 2005, along with that two days earlier by his co-defendant Andre Gore, validated the racketeering theory outlined by the government in the VICAR conspiracy indictment. Moreover, Collins described in detail some of the acts committed by his coconspirators in furtherance of the VICAR conspiracy, as follows:

* Collins provided helpful information about the violent crime conspiracy that was formed in the aftermath of the Otis Street shooting. He provided especially detailed information about statements in furtherance of the conspiracy made by co-defendant Sean Wolfe regarding the need to retaliate.

\*    Collins provided information about admissions made by Sean Wolfe regarding his own participation, and that of Darryl Woodfork, Anthony Nelson, and Andre Gore, in the Kaywood Gardens shooting, the initial effort to retaliate against Damian May and Tyrone Garrett less than two hours after the Otis Street shooting.

\*    Collins provided information about admissions made by conspirator Duane Sanders regarding the theft and interstate transportation of Curtis and Penelope Powell's van on January 5, 2004.

\*    Collins provided information about admissions made by Duane Sanders regarding his role in the murder of Damian May on January 7, 2004, and about the roles that Woodfork and Nelson played in that offense.

\*    Collins provided information about admissions made by Duane Sanders regarding the arson of the Van Leeuwen van in the aftermath of the Damian May murder on January 7, 2004.  Collins also recounted statements by Sanders regarding the roles of Woodfork and Nelson in that offense.

In sum, Collins's cooperation contributed significantly to the successful prosecution of his co-defendants, all of whom have now entered guilty pleas.    He cooperated with the police immediately upon his arrest, he was the first of the VICAR conspiracy defendants to submit to a debriefing, and he was the second VICAR conspiracy defendant to enter a guilty plea.  His plea validated the racketeering theory pursued by the government in the VICAR conspiracy indictment, strengthened the VICAR conspiracy prosecution, and helped develop momentum among his co-defendants towards guilty pleas.  Collins's criminal history is hardly insignificant, as outlined in the Presentence Investigation Report, but in this case he has substantially assisted the government in the Taft Terrace prosecutions as a whole.

## V.  Conclusion

For the foregoing reasons, the government asks this Court to find that Vincent Collins has rendered substantial assistance to law enforcement in the investigation and prosecution of others, and therefore is entitled to a sentencing departure.  As to Count One of the information, charging VICAR

conspiracy, the government recommends that Collins be sentenced to thirty-six months in prison followed by five years of supervised release.    As to Count Two, charging unauthorized use of a motor vehicle under the District of Columbia Code, the government recommends that Collins be sentenced to thirty-two months in prison, the maximum sentence authorized under the  District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines.  We further recommend that execution of the sentence on Count Two be suspended in favor of five years of probation to run concurrent to the period of supervised release that Collins will serve on the lead federal charge.  The recommended sentence both rewards Collins for his cooperation while providing him with extra incentive to tow the legal line upon his release from prison.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:    _____
       MICHAEL D. BRITTIN
       RACHEL CARLSON LIEBER
       Assistant United States Attorneys
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 307-0106 (MDB)
       (202) 353-8055 (RCL)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion was mailed, first-class, pre-paid postage, to

counsel for the defendant, Cynthia Katkish, Esq., 601 Pennsylvania Avenue, N.W., Suite 990S,

Washington, D.C. 20004, on this _____ day of November, 2006.


_____
Michael D. Brittin
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA   :   Docket No. CR-05-274-01 (JR)

              : 

        v.               :   <u>Filed under Seal</u>

              : 

VINCENT V. COLLINS         : 

<u>ORDER</u>

Upon consideration of the Government's Motion for a sentencing departure, its supporting memorandum, and the entire record herein, it is this 21st day of November, 2006,

ORDERED, that this Court finds that the Government has met its burden of demonstrating that the defendant has rendered substantial assistance to the Government in the investigation of others involved in criminal conduct, and it is further,

ORDERED, that the Court finds that the defendant is eligible to receive a sentencing departure pursuant to the provisions of § 5K1.1 of the United States Sentencing Guideline Manual and § 3553(e) of Title 18 of the United States Code.

 

_____

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Brittin
Assistant United States Attorney
555 4th Street, N.W., Room 9405
Washington, D.C. 20530

Cynthia Katkish, Esq.
601 Pennsylvania Avenue, N.W., Suite 990S
Washington, D.C. 20004