UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

V

VINCENT V. COLLINS

CASE NO CR-05-274-01 (JR)

**UNDER SEAL**

MEMORANDUM IN AID OF SENTENCING

Mr. Collins, by and through counsel, requests that the Court follow the recommendation of the government and grant Mr. Collins a sentencing departure for his substantial assistance in the investigation and prosecution of others. Mr. Collins agrees with the information provided by the government in its Motion but requests that he serve a thirty-six month sentence in the following manner:

1. Eighteen months as to Count One with three years supervised release, and

2. Eighteen months as to Count Two, consecutive to Count One, execution of sentence suspended, three years probation to run concurrent with the supervised release in Count One.

Upon his release, Mr. Collins will live with his grandmother, Viola Collins at 3303 22nd Street N.E. and return to his old job at Capitol Services, a delivery service in the District of Columbia.

Mr. Collins' early cooperation with law enforcement was instrumental in the successful prosecution of the codefendants. He has rendered substantial assistance to the government as described in the Government's Motion and has earned a sentencing departure.

Mr. Collins requests that the Court find that the defendant is eligible to receive a sentencing departure pursuant to Title 18 of the United States Code and the United States Sentencing Guideline Manual and sentence him to eighteen months on count one with three years supervised release, and to eighteen months on count two, consecutive to count one, execution of sentence suspended, with three years probation to run concurrent with the supervised release in count one.

Respectfully submitted,

_____
Cynthia Katkish
Bar # 418876
601 Pa. Ave. NW
Suite 900-south pmb 221
Washington, D.C. 20004
202-997-1386

Certificate of Service

I certify that a copy of this Memorandum in Aid of Sentencing was served on the government by mail, first class, pre-paid postage to Michael Brittin at 555 4th St NW WDC 20530 on November 21, 2006.

_____
Cynthia Katkish