HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0274-01 |
|---|---|---|
| vs. | : | SSN: *SEALED* |
| Collins, Vincent | : | Disclosure Date: **March 15, 2006** |

**FILED**
**DEC 14 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Prosecuting Attorney                                    Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 10/16/06    _[signature Cynthia Katkish]_ 10/16/06
Defendant        Date             Defense Counsel                 Date
Vincent Collins /06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 29, 2006**, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
         United States Probation Officer

## OBJECTIONS AND ADDITIONS TO PRESENTENCE REPORT

### U.S. v. VINCENT COLLINS CR-05-274-01

Para. 3, last line: offense conduct is 12/29/03-12/31/03. See paragraphs 15-22.

Para. 10: offense conduct of Vincent Collins is 12/29-12/31/03. See paragraphs 15-22.

The Defendant entered into the conspiracy after the December 28, 2003 assault upon Tyrone Garrett and Damian May. Defendant had no part in that assault. Defendant joined the conspiracy the next day, as it is correctly reported in paragraph 15 of the PSI report. Additionally, Defendant's last contact with Darryl Woodfork and Anthony Nelson was on 12/30 or 12/31, 2003. The killing of Damian May and Clabe Walker by Woodfork and Nelson occurred on 1/07/04 at 5:56 pm. Mr. Collins never rejoined Woodfork and Nelson after he (Collins) and Moore returned the cab to 25th Place, NE on 12/30 or 12/31, 2003. See para. 22.

Para. 31, 36, 39, and 76: Defendant's position is that the total offense level after adjustments for acceptance of responsibility is 25 and not 30. Defendant agrees that the correct provision to determine the base offense level is USSG 2A2.1(a)(1). However, the base offense level is 28 and not 33, and after subtracting 3 points for acceptance of responsibility, the base offense level is 25.

Para. 43: Defendant pleaded guilty, waived indictment and a jury trial.

Page 12, second paragraph: victim was shot in shoulder and not in the chest.

Para. 44, page 13, last paragraph - Supervision Adjustment:

Mr. Collins was on supervised release from 8/24/01-7/02/03. During that time, he participated in drug testing and treatment. In 10/2001, he was referred to outpatient treatment at Second Genesis. In 4/02, he completed a 3-day detox program at DC General Hospital. He later completed a 90-day residential inpatient treatment program at Phoenix House. See PSI report, page 17, para. 66. Later in July 2003, his supervision was revoked. The number of monthly supervision reports that Mr. Collins failed to submit were three, and the number of times he failed to report to the probation office was one.

Para. 59: Defendant's grandfather died in 1999.

Para. 70: Defendant earned $400 per week.

10/16/2006 17:47 FAX 2026392000           CYNTHIA KATKISH                              ☒003

Other objections:

Defendant does not agree that the correct provisions to determine the base offense level are 2A1.5 and 2A1.1, which are the sections argued by the government in its Statement of Inaccuracies.

Defendant does not agree with Government's Statement of Inaccuracies in the last paragraph, page 2. The Defendant entered into the conspiracy *after* the assault of Tyrone Garrett and Damian May. Defendant had no part in that assault. Defendant joined the conspiracy the next day, as it is correctly reported in paragraph 15 of the PSI report.

10/16/2006 17:47 FAX 2026392000          CYNTHIA KATKISH                               ☒001

# Fax

**To:** Deborah Stevens-Panzer  **From:** Cynthia Katkish
**Fax:** 273-0193 (202)  **Date:** 10/16/06
**Phone:**  **Pages:**
**Re:** Vincent Collins  **CC:**

Review      Comment      Urgent      FYI

**Comments:**