PROB 12c
(Rev 03-07)

FILED
MAY 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Vincent V. Collins**  Docket No. CR **05-274-01**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

COMES NOW **Rodney D. Carter**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Vincent V. Collins**, who was placed on supervised release by the Honorable **James Robertson**, United States District Judge, sitting in the Court at Washington, D.C., on the **13th** day of **December**, 20 **06**, who fixed the period of supervised release at **3** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1.  Participate in a drug aftercare treatment program as directed by the U.S. Probation Office.

2.  Resolve any outstanding warrants within 60 days.

3.  Provide the U.S. Probation Office with income tax returns, authorization for release of credit information, and any other business or financial information in which he has a control or interest.

Vincent V. Collins appeared before you on December 13, 2006, having entered a plea of guilty to Count 1 Conspiracy to Commit Violent Crimes in Aid of Racketeering Activity, in violation of 18 USC § 1959(a)(5), and Count 2 Unauthorized Use of a Vehicle, in violation of 22 DCC 3215(b) & 3215(d)(1). You sentenced Mr. Collins to 36 months incarceration on Count 1 with credit time served and 36 months incarceration on Count 2 suspended to be followed by a three-year term of supervised release on each count to run concurrent. He was also ordered to pay a $100 special assessment on each count.

Mr. Collins' supervised release commenced on December 18, 2007, and is scheduled to expire on December 17, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Supervised Release

1. The defendant shall not use any controlled substances. (Standard Condition)

2. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. (Standard Condition)

3. The defendant shall participate in, and successfully complete, a residential and/or outpatient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the U.S. Probation Office. (Special Condition)

Respectfully submitted,

Rodney D. Carter, Senior
United States Probation Officer
Telephone: (202) 565-1363

APPROVED BY: _____
Deborah A. Stevens-Panzer, Supervising
United States Probation Officer
(202) 565-1422