UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
MAY 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Vincent V. Collins**                    Docket No.: **CR 05-274-01**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of supervised release, with voluntary appearance of **Vincent V. Collins** on _date and time to be set by the Clerk_

ORDER OF COURT

Considered and ordered this __23rd__ day of __May__, 2008.

_____
James Robertson
United States District Judge

