UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-274 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **VINCENT COLLINS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Karla-Dee Clark, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
KARLA-DEE CLARK
Assistant United States Attorney
Federal Major Crimes, Bar No. 435-782
555 4th Street, NW, Room 4846
Washington, DC 20530
202-305-1368
Karla-Dee.Clark@usdoj.gov