FILED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

v.                                    CASE NO. 05-CR-274-01 (JR)

VINCENT COLLINS

**MODIFICATION ORDER OF SUPERVISED RELEASED**

THIS MATTER COMES BEFORE THE COURT ON THE U.S. PROBATION OFFICE'S REQUEST FOR HEARING ON REVOCATION OF SUPERVISED RELEASE.

BASED ON THE REPRESENTATIONS OF ALL PARTIES AT THE JUNE 25, 2008 REVOCATION HEARING AND THE RECORD HEREIN,

IT IS THIS 1st DAY OF JULY 2008 ORDERED

1. THAT THE DEFENDANT, VINCENT COLLINS' CONDITIONS OF SUPERVISED RELEASE ARE HEREBY MODIFIED; THAT

2. MR. COLLINS WILL SERVE ONE-HUNDRED TWENTY (120) DAYS AT THE BUREAU OF PRISONS (BOP) SANCTION CENTER; THAT

3. MR. COLLINS WILL REPORT TO THE SANCTION CENTER AS DESIGNATED BY BOP AND DIRECTED BY THE U.S. PROBATION OFFICE; THAT

4. PAYMENT OF SUBSISTENCE BY MR. COLLINS IS WAIVED BY THE COURT; AND THAT

5. MR. COLLINS ATTEND DRUG TREATMENT WHILE AT THE SANCTION CENTER.

IT IS SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge


(N)