## WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>VINCENT V. COLLINS | DOCKET NO 05-cr-274 | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>VINCENT V. COLLINS | |

| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST |
|---|---|
| ☒ Order of Court  ☐ Information<br>☐ Indictment  ☐ Complaint | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Failure to appear to Hearing on Violation of Supervised Release on 9/10/08

**FILED**
SEP 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY<br>Judge James Robertson | JUDGE/MAGISTRATE JUDGE<br>Judge James Robertson | DATE ISSUED<br>9/10/08 |
|---|---|---|
| CLERK OF COURT.<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>9/10/08 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-11-2008 | NAME AND TITLE OF ARRESTING OFFICER<br>Per Recording officer<br>Dusm D.L. Tolliver | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>9-12-2008 | | |